Bertha T. AINE, Appellant

v.

UNITED UTILITIES, INC., et al.

No. 16771.

United States Court of Appeals
Eighth Circuit.

May 16, 1961.

Allan Fisher and John W. Giesecke, St. Louis, Mo., for appellant.

W. B. Cozad, W. H. Curtis and Martin J. Purcell, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed on motion of appellees for failure to comply with Rules of this Court at costs of appellant.

Lynn DENTON et al., Appellants

v.

IOWA–NEBRASKA TRANSPORTATION CO. et al.

No. 16767.

United States Court of Appeals
Eighth Circuit.

May 9, 1961.

C. H. Shrout and J. H. Moylan, Omaha, Neb., for appellants.

Alfred G. Ellick and Jack W. Marer, Omaha, Neb., for appellee.

PER CURIAM.

Appeal docketed and dismissed for want of prosecution at costs of appellants.

Nancy Corinne DYER et al., Appellants

v.

SEC. & EXCH. COMM.

No. 16743.

United States Court of Appeals
Eighth Circuit.

June 30, 1961.

J. Raymond Dyer, pro se.

Walter P. North and Mahlon M. Frankhauser, Washington, D. C., for respondent.

PER CURIAM.

Petition to review dismissed as frivolous.

KOHL ENTERPRISES, INC., etc., et al., Appellant

v.

NATIONAL PROPANE CORPORATION.

No. 16617.

United States Court of Appeals
Eighth Circuit.

May 1, 1961.

David M. Elderkin and Thos. H. Pirnie, Cedar Rapids, Iowa, for appellant.

Donnelly, Lynch & Dallas, for appellee.

PER CURIAM.

Appeal dismissed on motion of Court.